# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Solco Healthcare US, LLC
700 Atrium Dr.
Somerset, NJ 08873-4107

Solco Healthcare US, LLC
Attn: Hai Wang, President
700 Atrium Dr. Suite A
Somerset, NJ 08873
☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Solco Healthcare US, LLC
Attn: Hai Wang, President
700 Atrium Dr. Suite A
Somerset, NJ 08873

American Incorporators Ltd,
R/A for Solco Healthcare US, LLC
1013 Centre Raod, Suite 403-A
Wilmington, DE 19805

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>February 4, 2022</u>  Signature <u>/s/ *Gini L. Downing*</u>

Print Name: <u>Gini L. Downing</u>
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Business Address: <u>Los Angeles, CA 90067</u>

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Solco Healthcare US, LLC
Attn: Hai Wang, President
700 Atrium Dr. Suite A
Somerset, NJ 08873

9590 9402 3367 7227 2904 20

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RT /25 /CLP
☐ Agent
☐ Addressee

B. Received by (Printed Name): Solco Health
C. Date of Delivery: 2/7/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Incorporators Ltd,
R/A for Solco Healthcare US, LLC
1013 Centre Raod, Suite 403-A
Wilmington, DE 19805

9590 9402 3367 7227 2904 37

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6756

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Heather Howe
☒ Agent
☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt